**Motion Denied and Order filed October 27, 2020.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-20-00040-CR
NO. 14-20-00041-CR
_____

**RODNELL HERBERT TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause Nos. 1605839 & 1605840**

---

## ORDER

Appellant is represented by appointed counsel, Terrence A. Gaiser. Appellant's brief was originally due April 20, 2020. We have granted more than 90 days to file appellant's brief, until September 28, 2020. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date. On October 9, 2020, counsel

filed a further motion to extend time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the motion to extend time and issue the following order.

We order Terrence A. Gaiser to file a brief with the clerk of this court on or before October 30, 2020. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Wise and Bourliot.